FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2020

No. 04-18-00498-CV

**MWM HELOTES RANCH, LTD.** and Myfe Moore,
Appellants

v.

John H. **WHITE**, Jr., Individually, John H. White, III, Individually, John H. White, Jr.,
John H. White, III, and Molly C. White in Their Capacities as Co-Trustees of the 1983
John H. White Long Term Trust f/b/o John H. White, Jr., and the 1976b Partnership Trust,
TCW Helotes Ranch, Ltd., and Tuleta C. White,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-11563
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice[1]
Luz Elena D. Chapa, Justice[2]
Irene Rios, Justice
Beth Watkins, Justice[3]
Liza A. Rodriguez, Justice

The court has considered appellants' "Motion for En Banc Rehearing of the Court's August 25, 2020 Order and in the Alternative Request for Extension of Time to File Motion for Rehearing and Withhold Issuance of the Mandate." The motion is DENIED.

---

[1] Not participating
[2] Not participating
[3] Not participating

FILE COPY

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court